UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

CASE NUMBER:  3:12-cv-01721 (SRU)

**DAVID FRANK, ET AL**

    **v.**

**TRILEGIANT CORPORATION, INC., ET AL**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:    1-800-FLOWERS.COM, INC.

| | |
|---|---|
| January 28, 2013 | /s/Margaret M. Sheahan |
| Date | Signature |
| ct05862 | Margaret M. Sheahan |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203)873-0240 | 80 Ferry Boulevard, Suite 102 |
| Telephone Number | Address |
| (203)873-0235 | Stratford, CT  06615 |
| Fax Number | |
| msheahan@mitchellandsheahan.com | |
| E-mail address | |

CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing:

    /s/Margaret M. Sheahan
    Margaret M. Sheahan