UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| David Frank, individually and on behalf of all others similarly situated,<br><br>                                     Plaintiff,<br><br>     v.<br><br>Trilegiant Corporation, Inc.; Affinion Group, LLC; Apollo Global Management, LLC; 1-800-Flowers.com, Inc.; Beckett Media LLC; Buy.com, Inc.; Classmates International, Inc.; Days Inns Worldwide, Inc.; FTD Group, Inc.; Hotwire, Inc.; IAC/InterActive Corp; Memory Lane, Inc.; Orbitz Worldwide, LLC; PeopleFindersPro, Inc.; Priceline.com, Inc.; Shoebuy.com, Inc.; TigerDirect, Inc.; United Online, Inc.; Wyndham Worldwide Corporation; Bank of America, N.A.; Capital One Financial Corporation; Chase Bank USA, N.A.; Chase Paymentech Solutions, LLC; Citibank, N.A.; Citigroup, Inc.; and Wells Fargo Bank, N.A.,<br><br>                                    Defendants. | No. 3:12-CV-01721 (SRU)<br><br>JANUARY 28, 2013 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), Defendant 1-800-Flowers.com, Inc. ("Flowers") hereby moves this Court, with consent of Plaintiff, for an extension of time to and including March 11, 2013 to answer or move against the Complaint (Doc. No. 1) filed on December 5, 2012.

This extension is needed to coordinate with the other Defendants whose responses to the Complaint are due on later dates, including March 11, 2013.

Flowers has conferred with Plaintiff's counsel who consent to the requested extension so long as the time for Plaintiffs to respond to Flowers' Motion to Dismiss filed in *In re Trilegiant Corp., Inc.*, 12-CV-396 (VLB) (the "Trilegiant Action"), currently pending before Judge Bryant, is extended one day from February 6, 2013 to February 7, 2013.  Flowers has concurrently filed a Motion for Extension of Time in the Trilegiant Action seeking this extension.

-2-

Therefore, Flowers respectfully requests that the deadline to answer or move against the Complaint (Doc. No. 1) filed on December 5, 2012 be moved to March 11, 2013.

This is Flowers' first request for an extension of the deadline to answer or move against the Complaint filed in this matter.

Dated:     Stratford, Connecticut
           January 28, 2013

                                    THE DEFENDANT
                                    1-800-FLOWERS.COM, INC.

                              By:   /s/ Margaret Sheahan
                                    Margaret Sheahan (ct 05862)
                                    Robert Mitchell (ct 02662)
                                    Mitchell & Sheahan, P.C.
                                    80 Ferry Boulevard, Suite 102
                                    Stratford, CT 06615
                                    (203) 873-0240
                                    msheahan@mitchellandsheahan.com
                                    rbmitchell@mitchellandsheahan.com

                                    *Attorneys for Defendant 1-800-*
                                       *Flowers.com, Inc.*

**CERTIFICATION**

I hereby certify that on January 28, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Margaret Sheahan
Margaret Sheahan (ct 05862)
Robert Mitchell (ct 02662)
Mitchell & Sheahan, P.C.
80 Ferry Boulevard, Suite 102
Stratford, CT 06615
(203) 873-0240
msheahan@mitchellandsheahan.com
rbmitchell@mitchellandsheahan.com