

# ONE LEGAL LLC

**CONFIRMATION For Process Serving**

This is not an Invoice

| | |
|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** 1768162 | **DATE:** 1/29/2013 |
| **Customer:** Shepherd, Finkelman, Miller & Shah | **Attorney:** Karen Leser |
| **Customer No.:** 0058746 | **Attorney e-mail:** kleser@sfmslaw.com |
| **Address:** 401 WEST A STREET, SUITE 2350, San Diego, CA 92101 | **Contact:** Karen M Leser |
| | **Contact e-mail:** kleser@sfmslaw.com |
| | **Contact Phone:** 860-526-1100 Ext 206 |
| | **Contact Fax:** 860-526-1120 |
| | **Law Firm File No.:** none |

### CASE INFORMATION:

**Case Number:** 3:12-cv-01721-SRU
**County:**
**Court:** United States District Court, District of Connecticut
**Case Short Title:** David Frank vs. Trilegiant Corporation, et al.

| DOCUMENTS RECEIVED: | No. Docs: 4 | No. Pgs: 95 |
|---|---|---|

Summons, Complaint, Electronic Filing Order, Order on Pretrial Deadlines

**Party to Serve:** Memory Lane, Inc.
**Service Address:** 333 Elliott Avenue, W. Suite 500, Seattle, WA 98119

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 159.95 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 159.95 |

Attached is your Affidavit of Service. The original will be mailed. If you have any questions, please contact: Customer Support | Phone: 1-800-938-8815
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Karen Leser, ct23587<br>Shepherd, Finkelman, Miller & Shah, LLP<br>401 WEST A STREET, SUITE 2350<br>San Diego, CA 92101<br>TELEPHONE NO.: (619) 235-2416<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| United States District Court, District of Connecticut<br><br>State of CT | |
| PLAINTIFF/PETITIONER: David Frank<br>DEFENDANT/RESPONDENT: Trilegiant Corporation, et al. | CASE NUMBER:<br>3:12-cv-01721-SRU |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Electronic Filing Order, Order on Pretrial Deadlines

3. a. Party served: Memory Lane, Inc.

   b. Person Served: Bradley D. Toney - Person authorized to accept service of process

4. Address where the party was served: 333 Elliott Avenue, W. Suite 500
   Seattle, WA 98119

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 1/8/2013     (2) at *(time)*: 11:31 AM

6. Person who served papers

   a. Name:         Clinton Turpen
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606

   d. The fee for service was: $ 159.95

8. I declare under penalty of perjury tthat the foregoing is true and correct.

Date: 1/15/2013

Clinton Turpen
(NAME OF PERSON WHO SERVED PAPERS)                               (SIGNATURE)

**PROOF OF SERVICE**

OL# 1768162